In the Matter of HARRY COHEN, Petitioner, v. ARTHUR LEVITT, as Comptroller of the State of New York, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.